# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of August, two thousand twenty-four,

Boehringer Ingelheim Pharmaceuticals, Inc.,

        Plaintiff - Appellant,

  v.

United States Department of Health and Human Services, Xavier Becerra, In His Official Capacity as Secretary of Health and Human Services, Centers for Medicare and Medicaid Services, Chiquita Brooks-Lasure, In Her Official Capacity as Administrator of Centers for Medicare and Medicaid Services,

        Defendants - Appellees.

**ORDER**
Docket No. 24-2092

Counsel for APPELLANT Boehringer Ingelheim Pharmaceuticals, Inc., has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 25, 2024, as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before October 25, 2024. The appeal is dismissed effective October 25, 2024, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

