# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2092                          **Caption [use short title]**

**Motion for:** Extension of time to file opening brief

Boehringer Ingelheim Pharmaceuticals, Inc.

v.

U.S. Dep't of Health & Human Services et al.

**Set forth below precise, complete statement of relief sought:**

Appellant seeks a ten (10) day extension of the deadline to file its opening brief so that it is due November 4, 2024, which is within 91 days of the "ready date," LR 31.2(a)(1)(A).

**MOVING PARTY:** Boehringer Ingelheim Pharmaceuticals, Inc.    **OPPOSING PARTY:** U.S. Dep't of Health & Human Services et al.

☐ Plaintiff      ☐ Defendant
☒ Appellant/Petitioner      ☐ Appellee/Respondent

**MOVING ATTORNEY:** Kevin F. King      **OPPOSING ATTORNEY:** Maxwell A. Baldi

[name of attorney, with firm, address, phone number and e-mail]

Covington & Burling LLP      U.S. Department of Justice

850 Tenth Street, NW, Washington, DC 20001      950 Pennsylvania Ave. NW, Rm. 7513, Washington, DC 20530

kking@cov.com || 202-662-6000      Maxwell.Baldi@usdoj.gov || 202-532-0211

**Court- Judge/ Agency appealed from:** U.S. District Court, District of Connecticut (Shea, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

Is the oral argument on motion requested?    ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    ☐ Yes   ☒ No   If yes, enter date:

**Signature of Moving Attorney:**

Kevin F. King   _Digitally signed by Kevin F. King Date: 2024.10.09 15:43:18 -04'00'_   **Date:** Oct. 9, 2024    **Service:** ☒ Electronic   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

# 24-2092

IN THE

# United States Court of Appeals

FOR THE SECOND CIRCUIT

━━━━━━━━━━⟫⟪━━━━━━━━━━

**BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**,

*Plaintiff-Appellant,*

v.

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA**, in his official capacity as Secretary of Health and Human Services, **CENTERS FOR MEDICARE AND MEDICAID SERVICES, CHIQUITA BROOKS-LASURE**, in her official capacity as Administrator of Centers for Medicare and Medicaid Services,

*Defendants-Appellees.*

*On Appeal from the United States District Court for the District of Connecticut*, No. 3:23-cv-01103 (Shea, J.)

## UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF

Plaintiff-Appellant Boehringer Ingelheim Pharmaceuticals, Inc. respectfully moves to extend the deadline to file its opening brief from October 25, 2024, to November 4, 2024 (i.e., a ten-day extension). Two days ago, counsel for Boehringer learned that oral argument in a closely related Third Circuit case (for which the undersigned is also lead counsel for appellant and will be presenting the oral argument) was scheduled for argument on October 30, 2024. *See* Order Setting Argument Date, *Janssen Pharmaceuticals, Inc. v. Becerra*, No. 24-1821, ECF No.

1

176 (3d Cir. Oct. 7, 2024). Due to counsel's need to prepare for oral argument in *Janssen*, Boehringer requests a ten-day extension of time. This extension would still fall within the 91-day window permitted under Circuit Rule 32.1(a)(1)(A), and Boehringer would have initially requested the November 4 filing deadline had it been aware of the oral argument date in *Janssen*.

Counsel for Boehringer conferred with counsel for Appellees and is authorized to state that Appellees do not oppose the relief requested in this motion.

Respectfully submitted,

*/s/ Kevin F. King*
Kevin F. King
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

*Counsel for Plaintiff-Appellant Boehringer Ingelheim Pharmaceuticals, Inc.*

October 9, 2024

2

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it consists of 168 words. Further, the motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman and 14 point font.

 */s/ Kevin F. King*
Kevin F. King

*Counsel for Plaintiff-Appellant Boehringer Ingelheim Pharmaceuticals, Inc.*

October 9, 2024

3

## CERTIFICATE OF SERVICE

I hereby certify that, on October 9, 2024, I caused the foregoing motion to be filed with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 */s/ Kevin F. King*
Kevin F. King

*Counsel for Plaintiff-Appellant Boehringer Ingelheim Pharmaceuticals, Inc.*

4