# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of October, two thousand twenty-four.

Before:     William J. Nardini,
                *Circuit Judge.*

_____

| | |
|---|---|
| Boehringer Ingelheim Pharmaceuticals, Inc., | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 24-2092 |
| v. | |
| United States Department of Health and Human Services, Xavier Becerra, In His Official Capacity as Secretary of Health and Human Services, Centers for Medicare and Medicaid Services, Chiquita Brooks-Lasure, In Her Official Capacity as Administrator of Centers for Medicare and Medicaid Services, | |
|     Defendants - Appellees. | |

_____

    Appellant moves for a 10-day extension until November 4, 2024 to file its opening brief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                         For the Court:
                                         Catherine O'Hagan Wolfe,
                                         Clerk of Court

