

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7513
Washington, DC 20530

---

Maxwell A. Baldi  (202) 532-0211
maxwellbaldi@usdoj.gov

November 13, 2024

<u>Via ACMS</u>

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Boehringer Ingelheim Pharmaceuticals, Inc. v. U.S. Department of Health & Human Services*, No. 24-2092 (2d Cir.)

Dear Ms. Wolfe:

 Pursuant to Local Rule 31.2(a)(1)(B), appellees request a deadline of January 15, 2025, by which to file their brief in the above-captioned proceeding. This proposed deadline is within the 91-day period permitted by the local rule because appellant filed its opening brief on November 4, 2024.

           Respectfully submitted,

           <u>/s/ Maxwell A. Baldi</u>
           Maxwell A. Baldi

cc: All counsel of record (via ACMS)