# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

———————————————————————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of November, two thousand twenty-four,

———————————————————————

Boehringer Ingelheim Pharmaceuticals, Inc.,

        Plaintiff - Appellant,

  v.

United States Department of Health and Human Services, Xavier Becerra, In His Official Capacity as Secretary of Health and Human Services, Centers for Medicare and Medicaid Services, Chiquita Brooks-Lasure, In Her Official Capacity as Administrator of Centers for Medicare and Medicaid Services,

        Defendants - Appellees.

**ORDER**
Docket No. 24-2092

———————————————————————

Counsel for APPELLEES United States Department of Health and Human Services, Xavier Becerra, Centers for Medicare and Medicaid Services, Chiquita Brooks-Lasure, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting January 15, 2025, as the brief filing date.

It is HEREBY ORDERED that Appellees' brief must be filed on or before January 15, 2025. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellees will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court