# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of January, two thousand twenty-five.

---

Boehringer Ingelheim Pharmaceuticals, Inc.,

    Plaintiff - Appellant,

  v.

United States Department of Health and Human Services, Xavier Becerra, In His Official Capacity as Secretary of Health and Human Services, Centers for Medicare and Medicaid Services, Chiquita Brooks-Lasure, In Her Official Capacity as Administrator of Centers for Medicare and Medicaid Services,

    Defendants - Appellees.

**ORDER**

Docket No. 24-2092

---

Appellant moves for a 9-day extension of time, to February 14, 2025, to file its reply brief. Appellees consent to the request.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court