**COVINGTON**

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 6000

**By ACMS**                                            February 14, 2025

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> **Re: No. 24-2092, *Boehringer Ingelheim Pharmaceuticals, Inc. v. U.S. Dept. of Health and Human Services, et al.*, Letter on Substitution of Parties Pursuant to FRAP 43(c)(2)**

Dear Ms. Wolfe:

Pursuant to consultation with the case manager, this letter provides notice that one of the Defendants-Appellees in the above-captioned case should be substituted pursuant to Federal Rule of Appellate Procedure 43(c)(2). On February 13, 2025, the Senate confirmed Robert F. Kennedy, Jr. as the Secretary of Health and Human Services. Accordingly, Secretary Kennedy should replace Acting Secretary of Health and Human Services Dr. Dorothy Fink on the Court's docket.

Plaintiff-Appellant Boehringer Ingelheim Pharmaceuticals, Inc. will amend the caption on the cover of its reply brief, due today, February 14, 2025, to reflect this substitution. Thank you for your attention to this matter.

Sincerely,

*/s/ Kevin King*
Kevin King
*Counsel for Plaintiff-Appellant*

cc: Counsel of Record