# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 29, 2025

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: Boehringer Ingelheim Pharmaceuticals, Inc.
         v. Department of Health and Human Services, et al.
         Application No. 25A357
         (Your No. 24-2092)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Sotomayor, who on September 29, 2025, extended the time to and including January 5, 2026.

    This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by
Lisa Nesbitt
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Kevin Franz King
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001


Mr. D. John Sauer
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
09/30/2025 ZIP 20543
043M31266310

USMAIL
SDNY

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300