**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of August, two thousand twenty-five.

Before:   Pierre N. Leval,
          Joseph F. Bianco,
          William J. Nardini,
            *Circuit Judges*.

_____

Boehringer Ingelheim Pharmaceuticals, Inc.,

    Plaintiff - Appellant,

v.

United States Department of Health and Human Services, Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, Centers for Medicare and Medicaid Services, Mehmet Oz, in his official capacity as Administrator of Centers for Medicare and Medicaid Services,

    Defendants - Appellees.

_____

**JUDGMENT**

Docket No. 24-2092

The appeal in the above captioned case from a judgment of the United States District Court for the District of Connecticut was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 10/03/2025**